UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


THOMAS LIBERATORE

PRISONER
v.                          Case No. 3:11cv1419(AWT)

STATE OF CONNECTICUT



ORDER

Rule 8(b), D. Conn. L. Civ. R., requires that habeas corpus
petitions be submitted on court approved forms.  Although the
petitioner has submitted the proper form, he has not provided all
of the required information.

Before the petitioner can receive federal habeas corpus
relief, he must exhaust all available state remedies.  See
O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999); 28 U.S.C. §
2254(b)(1)(A).  He can do this by first presenting the factual
and legal bases of his federal claim to the highest state court
capable of reviewing it and, second, utilizing all available
means to secure appellate review of his claims.  See Galdamez v.
Keane, 394 F.3d 68, 73-74 (2d Cir.), cert. denied, 544 U.S. 1025
(2005).  The current petition does not specify the grounds upon
which the petitioner is challenging his state conviction and does
not indicate that he presented these grounds to the state courts
on direct appeal or through a state petition for writ of habeas
corpus.

The Clerk is directed to send the petitioner an amended 28

U.S.C. § 2254 habeas form with this order.  The petitioner is directed to complete the form clearly identifying the grounds upon which he challenges his conviction and answering all questions with regard to each claim asserted.  The petitioner shall file the amended petition within **twenty (20)** days from the date of this order.

SO ORDERED this   26th   day of September 2011, at Bridgeport, Connecticut.


                                    /s/
                        HOLLY B. FITZSIMMONS
                        UNITED STATES MAGISTRATE JUDGE