UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THOMAS LIBERATORE

     v.

STATE OF CONNECTICUT

PRISONER
Case No. 3:11cv1419(AWT)

ORDER

Rule 8(b), D. Conn. L. Civ. R., requires that habeas corpus petitions be submitted on court approved forms. Although the petitioner has submitted the proper form, he has not provided all of the required information.

Before the petitioner can receive federal habeas corpus relief, he must exhaust all available state remedies. See O'Sullivan v. Boerckel, 526 U.S. 838, 842 (1999); 28 U.S.C. § 2254(b)(1)(A). He can do this by first presenting the factual and legal bases of his federal claim to the highest state court capable of reviewing it and, second, utilizing all available means to secure appellate review of his claims. See Galdamez v. Keane, 394 F.3d 68, 73-74 (2d Cir.), cert. denied, 544 U.S. 1025 (2005). The current petition does not specify the grounds upon which the petitioner is challenging his state conviction and does not indicate that he presented these grounds to the state courts on direct appeal or through a state petition for writ of habeas corpus.

The Clerk is directed to send the petitioner an amended 28

U.S.C. § 2254 habeas form with this order. The petitioner is directed to complete the form clearly identifying the grounds upon which he challenges his conviction and answering all questions with regard to each claim asserted. The petitioner shall file the amended petition within **twenty (20)** days from the date of this order.

**SO ORDERED** this ___26th___ day of September 2011, at Bridgeport, Connecticut.

```
           /s/
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
```